ORIGINAL

| Dilks & Knopik, LLC<br>PO Box 2728<br>Issaquah, WA 98027<br>Ph. 425-836-5728<br>Fx. 877-209-8249 | FOR COURT USE ONLY<br>**FILED**<br>NOV 15 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In Re:<br><br>AMERICAN REPONSE A CORP<br><br>                                                   Debtor. | CASE NUMBER: 2:86-bk-00475<br>HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $7,462.86 which is the sum of all monies deposited with the court on the following date(s) 02/10/1995 on behalf of the creditor DONNELLEY MARKETING on claim number(s) unknown.

2. Please check and complete the applicable subparagraph(s) below:

    ❏  a. I am the creditor named in paragraph 1.

    ❏  b. I am an employee of the creditor named in paragraph 1 and my title is _____.
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    X  c. I am the creditor and have appointed  Dilks & Knopik, LLC  as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ❏  d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).
    _____
    _____
    _____

*(continued on next page)*

Motion for Order Releasing Unclaimed Funds – *Page 2*

| In Re: | CHAPTER 7 |
|---|---|
| AMERICAN REPONSE A CORP Debtor. | CASE NUMBER: 2:86-bk-00475 |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Donnelley Marketing, Inc.
   1020 E First St
   Papillion, NE 68046
   402-593-4500

   b. And a brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   The original dividend check was sent to a DONNELLEY MARKETING. The current address is listed in line 3a above. Richard Hanks was CFO of Donnelley Marketing, Inc. as evidenced by exhibit A. The business card reflect the sole stockholder of Donnelley Marketing, Inc Infogroup, Inc. Richard Hanks holds the position of CFO at both corporation but only has a business card for Infogroup, Inc.

4. I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly or fraudulently made any false statements in this document.

*(continued on next page)*

Motion for Order Releasing Unclaimed Funds – *Page 3*

| In Re: | CHAPTER |
|---|---|
| AM. RESPONSE Debtor. | CASE NUMBER: 2:86-bk-00475 |

_____
Creditors Signature

Donnelley Marketing, Inc. Richard Hanks
Type or Print Creditor's Name

(affix corporate seal)

1020 E First St

Papillion, NE 68046
Creditors Address

402-593-4500
Creditors Phone

STATE OF Nebraska, COUNTY OF Douglas

On Oct 19 2011 before me, personally appeared (insert name and title of the signer) Richard Hanks personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Jennifer L Beedle
Notary Public

(SEAL)

My commission expires on 6-25-15

JENNIFER L BEEDLE
MY COMMISSION EXPIRES
June 25, 2015

Motion for Order Releasing Unclaimed Funds – *Page 4*

| In Re:  AMERICAN REPONSE A CORP  Debtor. | CHAPTER 7  CASE NUMBER: 2:86-bk-00475 |
|---|---|

_____
Signature of Attorney-in-Fact

Brian J. Dilks, Managing Member
Type or Print Name

Dilks & Knopik, LLC
Address

PO Box 2728

Issaquah, WA 98027

STATE OF WASHINGTON, COUNTY OF KING

On 11/3/2011 before me, personally appeared Brian J. Dilks personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Andrew T Drake - Notary Public
My commission expires on August 9th, 2015

Presented by:

_____
_____
_____

Motion for Order Releasing Unclaimed Funds – *Page 5*

| In Re: | CHAPTER 7 |
|---|---|
| AMERICAN REPONSE A CORP Debtor. | CASE NUMBER: 2:86-bk-00475 |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on November 3, 2011 I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

ARNOLD KUPETZ
Case Trustee
300 S GRAND AVE, 14TH FLOOR
LOS ANGELES, CA 90071

United States Trustee's Office
725 South Figueroa, 26th Floor
Los Angeles, CA 90017

AMERICAN REPONSE A CORP
Debtor
1150 E DOMINGUEZ
CARSON, CA 90746-3518

PRO SE
Debtor Attorney

Donnelley Marketing, Inc.
Richard Hanks CFO
1020 E First St
Papillion, NE 68046

United States Attorney
312 North Spring Street
Los Angeles, CA 90012

Date: November 3, 2011

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027
425-836-5728

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

RE: AM. RESPONSE )   Case: 2:86-bk-00475
)
)   **AUTHORITY TO ACT**
)   **Limited Power of Attorney**
)   **Limited to one Transaction**
Debtor(s) )

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Donnelley Marketing, Inc.** with a tax identification number of _13-350 4315_, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$7,462.86** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_[signature]_                                                _10/19_, 20 _11_
                                                              Date

**nfogroup**
*Powering Business Growth*

**Richard Hanks**         1020 East 1st Street
Vice President            Papillion, NE 68046
Chief Financial Officer   Phone 402.836.4071
                          Cell 609.933.9071  Fax 402.836.7060
                          richard.hanks@infogroup.com
                          www.infogroup.com

Affix Corporate Seal Below

STATE OF _Nebraska_ )           COUNTY OF _Douglas_ )

On this _19_ day of _October_, _2011_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Richard Hanks_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

WITNESS my hand and official seal.
NOTARY PUBLIC _Jennifer L Beedle_             ( Notary Seal )
My Commission expires _4-25-15_

JENNIFER L BEEDLE
MY COMMISSION EXPIRES
June 25, 2015

## AFFIDAVIT OF CREDITOR'S
Access to claimant's corporate seal

**BE IT ACKNOWLEDGED,** that I Richard Hanks, the undersigned deponent, belonging to the legal age, do hereby depose and say under the penalty of perjury under the laws of the United States of America that the following statements and information are true and correct to the best of my knowledge and belief:

That I, Richard Hanks, am the CFO of Donnelley Marketing, Inc. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Donnelley Marketing, Inc. and its subsidiaries/acquisitions or affiliates. Donnelley Marketing, Inc. and its subsidiaries/acquisitions or affiliates have recoveries and/or collection of outstanding checks and receivables collected through its Papillion, NE office. However, I do not have readily access to the Donnelley Marketing, Inc. corporate seal.

For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this motion.

I affirm that the foregoing is true, under the penalties of perjury this _19_ day of _Oct_, 20_11_

_____
Richard Hanks
CFO
1020 E First St
Papillion, NE 68046

STATE OF _Nebraska_ )
COUNTY OF _Douglas_ )

On this _19_ day of _Oct_, 20_11_ before me Richard Hanks personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_____
Signature

My commission expires: _6-25-15_

Affiant: Known _X_ or Produced ID _____
Type of ID _____



JENNIFER L BEEDLE
MY COMMISSION EXPIRES
June 25, 2015

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

RE:  )  Case: 2:86-bk-00475
    AM. RESPONSE  )
     )  **Certificate of Incumbency**
    Debtor(s)  )

I, __ALAN HECKART__, __CHIEF ACCOUNTING OFFICER__ of
    Name                                      Title
Donnelley Marketing, Inc., hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

1. Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027-0125 has been granted a Power of Attorney by Richard Hanks, CFO of Donnelley Marketing, Inc. to submit an Application for Payment of Unclaimed Funds seeking payment in the amount of $7,462.86 due and owing to Donnelley Marketing, Inc. as a creditor in the above referenced bankruptcy case.
2. My name and position with the company is listed above and the address and telephone number are as follows:

(affix corporate seal)

    1020 E First St
    Papillion, NE 68046
    402-593-4500

3. Donnelley Marketing, Inc. have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.
4. Richard Hanks is the CFO of Donnelley Marketing, Inc. and is authorized to sign on its behalf for the collection of the said unclaimed funds.

Dated: 10/19/11            _____
                                      Signature

STATE OF __Nebraska__, COUNTY OF __Douglas__

On __Oct 19, 2011__ before me, personally appeared (insert name and title of the signer)
__Alan Heckart__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

                                                    _Jennifer L Beedle_
                                                    Notary Public

(SEAL)
JENNIFER L BEEDLE
MY COMMISSION EXPIRES
June 25, 2015

My commission expires on __6-25-15__

## CONSENT IN LIEU OF JOINT SPECIAL MEETING OF
## THE SOLE STOCKHOLDER AND BOARD OF DIRECTORS
## OF
## DONNELLEY MARKETING, INC.

The undersigned, constituting the sole stockholder and all the directors of Donnelley Marketing, Inc., a Delaware corporation (the "Corporation"), hereby consent, pursuant to the Delaware General Corporation Law, to the adoption hereof and do hereby adopt the following resolutions and declare them to be in full force and effect as if adopted at a joint special meeting of the sole stockholder and directors of the Corporation:

RESOLVED, that the following individuals be, and they hereby are, elected as directors of the Corporation to serve until the next annual meeting of the sole stockholder or until their successor or successors are elected and qualified:

Clare Hart
Winston King
Richard Hanks

FURTHER RESOLVED, that the following individuals be, and they hereby are, elected to hold all the following offices set opposite their names until the next annual meeting of the directors or until their successor or successors are elected and qualified:

| | |
|---|---|
| Clare Hart | Chief Executive Officer & President |
| Richard Hanks | Chief Financial Officer and Treasurer |
| Franklin Rios | Vice President |
| Winston King | Secretary |
| Alan Heckart | Assistant Treasurer |
| Sherman Tyler | Assistant Treasurer |
| Andrea Frost | Assistant Treasurer |

FURTHER RESOLVED, that all purchases, sales, contracts, agreements, contributions, computations, proceedings, elections and other actions of the Board of Directors and officers of the Corporation since the last annual meeting of the sole shareholder and directors be, and the same hereby are, ratified and approved.

This consent may be executed in one or more counterparts, and by facsimile transmission, each of which shall be deemed an original, but together shall constitute one and the same instrument.

Dated effective July 1, 2010.

Infogroup Inc., a Delaware corporation,
Sole Stockholder

By: _____
Its: Chief Executive Officer

_____
Clare Hart, Director

_____
Richard Hanks, Director

_____
Winston King, Director

Exhibit  A

| Form **W-9**<br>(Rev. January 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |

**Name (as shown on your income tax return)**
Donnelley Marketing

**Business name/disregarded entity name, if different from above**
Infogroup Inc

**Check appropriate box for federal tax classification (required):**
☐ Individual/sole proprietor  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ____

☐ Other (see instructions) ▶

☑ Exempt payee

**Address (number, street, and apt. or suite no.)**
1020 E 1st Street

**City, state, and ZIP code**
Papillion NE 68046

**Requester's name and address (optional)**

**List account number(s) here (optional)**

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**Employer identification number**
1 3 – 3 5 0 4 3 1 5

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶ *[signature]*   Date ▶ 10/19/11

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X   Form **W-9** (Rev. 1-2011)



In some bankruptcy cases money is left over from the bankruptcy estate, which the Court holds as unclaimed funds on behalf of the parties owed. A variety of circumstances may cause funds to be left with the Court, such as when the trustee is not provided the correct address to send a payment to a creditor, or when a dividend check from the bankruptcy estate is not cashed within 90 days.

Request payment of any unclaimed funds you are owed by filing a motion with the Court. A request for unclaimed funds must be filed in compliance with Local Rules 3011-1 and 9013-1.

- Motion for Order Releasing Unclaimed Funds (Form F3011-1)
- Instructions for completing F3011-1

If you are unable to locate your claim using this search, or for any general questions relating to unclaimed funds please call (213) 894-6153.

**NOTE: Although the Court makes every effort to display accurate data, this database is not the official court record. Please review the docket entries related to the deposit of unclaimed monies for the particular creditor/case of interest, to ensure that a record contains funds purported in this search.**

You may search for unclaimed funds by entering the case information below.

Division: All Divisions
Case Number:
Creditor Name: donnelley mar
Debtor Name:

[Search] [Clear]

Last Update on 09/06/2011

| Creditor | Debtor | Case Number | Deposit Date | Amount | Fund |
|---|---|---|---|---|---|
| DONNELLEY MARKETING | AM RESPONSE | 2:86-bk-00475 | 02/10/1995 | $7,462.86 | 6133bk |

United States Bankruptcy Court, Central District of California
Kathleen J. Campbell, Executive Officer/Clerk of Court
Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012